AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAVON GORDON,

        Petitioner,

        v.

LINDA GETER,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV220-037

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 10, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: *[signature]*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: Feby 14, 2022

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020